UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HINES III,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 16-cv-04306-JCS<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED** |

Plaintiff James Hines III filed his motion for summary judgment on January 31, 2017 in this action for review of an adverse administrative decision by Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (the "Commissioner"). Pursuant to Local Rule 16-5, the Commissioner's response was due February 28, 2017. On that date, the parties filed a stipulation extending the deadline for the Commissioner's response to March 30, 2017, and the Court issued an order to that effect on March 3, 2017. The extended deadline has since passed, and the Commissioner has not filed her response to Hines's motion. The Commissioner is therefore ORDERED to file a response no later than April 18, 2017 showing cause why default should not be entered. The Court finds this matter suitable for resolution without oral argument.

**IT IS SO ORDERED.**

Dated: April 11, 2017.

_____
JOSEPH C. SPERO
Chief Magistrate Judge